UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------X           ORDER OF DISMISSAL
                                                                    FOR
In Re:                                                      FAILURE TO PROSECUTE
**Lehman Brothers Holdings, Inc.**                BANKRUPTCY APPEAL

----------------------------------------------X           09-CV-10226-PKC

FROM:  VITO GENNA, CLERK
       UNITED STATES BANKRUPTCY COURT
       SOUTHERN DISTRICT OF NEW YORK

TO:    J.MICHAEL MCMAHON, CLERK
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/09

IN RE: **Lehman Brothers Holdings, Inc.**            BANKRUPTCY CASE:  **08-13555 (JMP)**
DATE OF FILING NOTICE OF APPEAL: 9/29/2009

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee as required by:

___ FRBP 8006
___ Federal Rules of Civil Procedure (Rule ____)
_X_ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
___ Rule 8007-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **December 16, 2009**                               Vito Genna, Clerk
        New York, New York                                  U.S. Bankruptcy Court, SDNY

Internal Control #: 5307                                    By: _____
                                                                 Deputy Clerk

## ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated  12-22-09
       New York, New York                                   _____
                                                            Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____            J.Michael McMahon , Clerk
                                                    District Court, SDNY

                                                    By: _____
                                                         Deputy Clerk